**STATE of Missouri, Respondent,**

v.

**Lorenzo C. JACKSON, Appellant.**

**Lorenzo C. JACKSON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 64970, 67917.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 12, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

***ORDER***

PER CURIAM.

Defendant, Lorenzo Jackson, appeals from the judgments of conviction of first degree murder and armed criminal action, entered pursuant to jury verdicts. He was sentenced, as a prior and persistent offender, to consecutive terms of life imprisonment without possibility of parole and life imprisonment, respectively. He also appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

We have reviewed the points on appeal relating to defendant's direct appeal and find that no jurisprudential purpose would be served by written opinion. Defendant's judgments of conviction are affirmed. Rule 30.25.

We have reviewed defendant's claim of error relative to the denial of his Rule 29.15 motion and find the court's findings of fact are not clearly erroneous. No error of law appears. A written opinion would have no precedential value. The denial of defendant's Rule 29.15 motion is affirmed. Rule 84.16(b).

■

**Joseph WICKERHAM, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 67798.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 1995.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael C. Kirkham, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRANDALL and KAROHL, JJ.

***ORDER***

PER CURIAM.

Movant appeals denial of Rule 24.035 post conviction relief after an evidentiary hearing. Movant entered guilty pleas to charges of robbery first degree and assault first degree. The trial court imposed consecutive fifteen year sentences on each charge.

The findings and conclusions of the motion court are supported by the record and testimony of trial counsel which refuted movant's allegations. Accordingly, they are not clearly erroneous. The judgment denying relief is affirmed pursuant to Rule 84.16(b).